# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

MAURICE CHAPMAN, SR.,
:
    Petitioner,　　　　　　　　　　　　Case No. 1:11-cv-560

:　　　　　　　　　District Judge William O. Bertelsman
   -vs-　　　　　　　　　　　　　　　　Magistrate Judge Michael R. Merz

WARDEN, Lebanon Correctional
  Institution
:
    Respondent.

---

### TRANSFER ORDER

---

With the consent of both of them, the reference in the above-captioned case is hereby transferred from The Honorable Stephanie K. Bowman to The Honorable Michael R. Merz.

June 11, 2012.

                                                                        s/ Michael R. Merz
                                                                   United States Magistrate Judge