UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:11cv0560 (WOB-MRM)**

**MAURICE CHAPMAN, SR.** PETITIONER

VS. <u>ORDER</u>

**WARDEN, Lebanon Correctional
Institution** RESPONDENT

This matter is before the Court on the Magistrate Judge's Report and Recommendation (Doc. #16), objections thereto by petitioner (Doc. #16), supplemental Report and Recommendation of the Magistrate Judge (Doc. #20), and further objections thereto by petitioner (Doc. #23), and the Court being sufficiently advised,

**IT IS ORDERED** that the objections of petitioner to the Report and Recommendation and Supplemental Report and Recommendation be, and they hereby are **overruled**; that the Report and Recommendation as well as the Supplemental Report and Recommendation be, and they hereby are, **adopted** as the findings of fact and conclusions of law of this Court; that the petition for writ of habeas corpus be **dismissed with prejudice;** that <u>**no**</u> Certificate of Appealability shall be issued herein; that with respect to any application by petitioner to proceed on appeal *in forma pauperis* the Court certifies that any appeal would not be

taken in "good faith," pursuant to 28 U.S.C. Section 1915(a)(3).

A separate Judgment shall enter concurrently herewith.

This 17th day of September, 2012.



Signed By:
**William O. Bertelsman** WOB
United States District Judge